UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

Kiyon Webb

        Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

**7:19-cr-00245-KMK**

Defendant Kiyon Webb hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐   Initial Appearance Before a Judicial Officer

☒   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☐   Conference Before a Judicial Officer - Assignment of Counsel

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Kiyon Webb
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Michael Burke
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3-15-21
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge