UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                         Plaintiff,                    **MEMORANDUM**

       -against-                                 7:19-cr-00245-KMK

Kiyon Webb

                        Defendant.
-------------------------------------------------------------x

TO:  <u>Kenneth M. Karas, United States District Judge:</u>

     Please find attached a transcript of the 3/15/2021 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: March 31, 2021
       White Plains, New York

                                                 Respectfully Submitted,

                                                 s/ Paul E. Davison

                                                 _____
                                                 PAUL E. DAVISON
                                                 United States Magistrate Judge